[No. 36280-1-I.    Division One.    August 19, 1996.]

DAVID B. BATTERBERRY, *Appellant*, v. NORCOM
SYSTEMS, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-00807-2, Liem E. Tuai, J., entered March
3, 1995. *Affirmed* by unpublished opinion per Baker, C.J.,
concurred in by Becker and Ellington, JJ.

[No. 36378-6-I.    Division One.    August 19, 1996.]

JAN MAJCHRZAK, *Appellant*, v. OCEANTRAWL, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-19667-7, LeRoy McCullough, J., entered
March 17, 1995. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Baker, C.J., and Ellington, J.

[No. 36579-7-I.    Division One.    August 19, 1996.]

E. VIRGINIA HEATH, *Appellant*, v. MICHAEL R.
MASTRO, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-33112-4, Liem E. Tuai, J., entered April
13, 1995. *Reversed* by unpublished opinion per Ellington,
J., concurred in by Baker, C.J., and Cox, J.

[No. 36826-5-I.    Division One.    August 19, 1996.]

NORTHWEST ADMINISTRATORS, INC., *Respondent*, v. A
& B ASPHALT, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-32921-9, Jim Bates, J., entered July 13,
1995. *Affirmed* by unpublished opinion per Ellington, J.,
concurred in by Webster and Agid, JJ.